# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| THETIUS WESTFIELD, | } | Civil Action 1:12-cv-807 |
| | } | |
| Plaintiff, | } | JUDGE: CHRISTOPHER BOYKO |
| | } | |
| v. | } | |
| | } | |
| BUDZIK & DYNIA, LLC, | } | |
| | } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice, it is hereby ORDERED that this case is dismissed with prejudice.

SO ORDERED THIS <u>12th</u> day of June, 2012.

<u>s/ Christopher A. Boyko</u>
Judge Christopher Boyko
United States District Judge